AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| K2-17-0033 | 9/19/17 16:10 | On living Room Table |

Inventory made in the presence of: TFO Auricchio, TFO Hoyle

Inventory of the property taken and name of any person(s) seized:

See Attached DEA 12

*[Stamp: FILED RICHARD W. NAGEL CLERK OF COURT 2017 OCT -5 AM 11:03 U.S. DISTRICT COURT SOUTHERN DIST. OHIO WEST DIV DAYTON]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/3/17

_____
Executing officer's signature

TFO Alex Hillman
Printed name and title

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| 429 Mortland Ave. Dayton Ohio | FILE TITLE | |
| | DATE 9/19/17 | |

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Item #1 | 1 Photo steel kilopress | Air return in rear hallway |

RECEIVED BY (Signature)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type) T/O J.R. Amicho

NAME AND TITLE (Print or Type) T/O M. Hoyle

FORM DEA-12 (8-02) *Previous editions obsolete*   Electronic Form Version Designed in JetForm 5.2 Version